

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00131-CV

ANGULA YVONNE TORRANCE-BEY

APPELLANT

V.

BANK OF AMERICA, N.A., JP COURT NO. 8, TARRANT COUNTY CONSTABLES PCT. 8

APPELLEES

-----------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

This is an attempted appeal from an order sustaining the contest to appellant's affidavit of indigency seeking to proceed in the underlying trial court case without prepayment of costs. *See* Tex. R. Civ. P. 145(a). This court lacks jurisdiction to consider this appeal because the trial court's order is a

---

[1]*See* Tex. R. App. P. 47.4.

nonappealable interlocutory order. *See, e.g.*, Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (West Supp. 2012) (authorizing appeal of specified interlocutory orders); *Dunson v. GMAC Mortg., LLC*, No. 02-12-00419-CV, 2012 WL 5869563, at *1 (Tex. App.—Fort Worth Nov. 21, 2012, no pet.) (mem. op.). We therefore dismiss this appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a).[2]

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: October 3, 2013

---

[2]Appellant's appeal of the trial court's final summary judgment in the underlying trial court case has been filed in a separate case number, 02-13-00313-CV. This opinion does not dismiss any pending matters regarding whether appellant is indigent for the purposes of that appeal.